AO-10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Sippel, Rodney W. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>04/22/2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Judge | 5. Report Type (check type)<br><br>___ Nomination, Date ___/___/_____<br><br>___ Initial   X   Annual   ___ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Thomas F. Eagleton Courthouse<br><br>111 S. 10th Street, 10 South<br><br>St. Louis, Missouri  63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X  NONE  (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE  (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED APR 28 8 58 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X  NONE  (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | — |
| 3 | | | — |
| 4 | | | — |
| 5 | | | — |
| 6 | | | — |

* VAL CODES:J=$15,000 or less      K=$15,001-$50,000      L=$50,001 to $100,000      M=$100,001-$250,000      N=$250,001-$500,000

0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger,... redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Commerce Brokerage Services IRA #1 | | | | | | | | | |
| 2 - Commerce Brokerage Services Money Market | A | Dividend | L | T | | | | | |
| 3 - American Growth Fund of America Class B | D | Dividend | K | T | | | | | |
| 4 - American Invest Comp of America Class B | D | Dividend | K | T | | | | | |
| 5 - Hartford Advisors Class B | C | Dividend | K | T | | | | | |
| 6 - Hartford Capital Appreciation Class B | D | Dividend | K | T | | | | | |
| 7 Commerce Brokerage Services IRA #2 | | | | | | | | | |
| 8 - Commerce Bank Money Market Fund | A | Interest | J | T | | | | | |
| 9 Manning Services Stock | D | Dividend | K | U | | | | | |
| 10 Exxon Mobil Common Stock | A | Dividend | K | T | | | | | |
| 11 Zoom Telephonics Stock | | None | J | T | | | | | |
| 12 AT&T Common Stock | A | Dividend | | | Sale | 1/24 | J | | |
| 13 General Electric Common Stock | A | Dividend | K | T | | | | | |
| 14 St. Louis Community Credit Union | A | Interest | J | T | | | | | |
| 15 Commerce Brokerage Services Money Market | A | Dividend | J | T | | | | | |
| 16 Alliance Premier Growth Fund Class B | | None | | | Sale | 1/24 | J | | See Footnote 1 |
| 17 Davis NY Venture Fund B | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sippel, Rodney W. | 04/20/2004 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Federal Employee Credit Union | A | Interest | J | T | | | | | |
| 19 AT&T Wireless Common Stock | | None | | | Sell | 6/25 | J | | |
| 20 Comcast Corp. Common Stock | | None | J | T | - | | | | |
| 21 Disney Common Stock | | None | J | T | Buy | 6/25 | J | | |
| 22 Commerce Brokerage Services Money Market #2 | A | Dividend | J | T | Buy | 1/24 | | | See Footnote 1 |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less       B=$1,001-$2,500       C=$2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col. B1, D4)      F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:      J=$15,000 or less       K=$15,001-$50,000       L=$50,001-$100,000      M=$100,001-$250,000     N=$250,001-$500,000
(Col. C1, D3)     O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal           R=Cost (real estate only)    S=Assessment         T=Cash/Market
(Col. C2)         U=Book Value          V=Other                      W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

1 The Commerce Brokerage Services Money Market #2 was opened with the proceeds from the sale of Alliance Premier Growth Fund Class B.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signat                                                                   Date April 22, 2004

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544